UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE WESTERN CONFERENCE OF TEAMSTER'S PENSION TRUST FUND,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DOREATHA E. WARD and JULIE L. MARTINEZ,<br><br>　　　　　　Defendants. | NO. 2:07-cv-00066-RSM<br><br>**STIPULATION AND AGREED ORDER DISBURSING FUNDS** |

**STIPULATION**

Defendant Julie L. Martinez, by and through her counsel, Timothy J. Warzecha, and Defendant Doreatha E. Ward, by and through her counsel John S. O'Dowd, hereby stipulate and agree as follows:

1. The respective defendants both made claim to Harold Thacker's pension death benefit funds, approximately $32,958.00, which are the subject of this action;

2. The parties have settled this dispute agreeing Defendant Ward will receive $6,000.00 of the funds and Defendant Martinez shall receive the remainder of the funds in the Court Registry;

STIPULATION AND ORDER - 1
Case No. 2:07-cv-00066-RSM

LAW OFFICES OF
TIMOTHY J. WARZECHA, PLLC
719 SECOND AVENUE, SUITE 104
SEATTLE, WASHINGTON 98104-1748
(206) 264-0282 - FACSIMILE (206) 262-9272

3. The parties agree the Clerk of this Court is authorized to release all the funds in the Court Registry to the Client Trust Account of the Law Offices of Timothy J. Warzecha, PLLC;

4. The parties agree that $6,000.00 of those funds shall be disbursed to the Client Trust Account of John S. O'Dowd after verification the funds have cleared the Client Trust Account of the Law Offices of Timothy J. Warzecha, PLLC; and

5. The parties agree that after the funds have been released by the Clerk of the Court this action should be dismissed with prejudice and without cost or attorneys fees to either party.

Agreed:

_____
Timothy J. Warzecha, WSBA No. 28890

Agreed:

_____
John S. O'Dowd, ASBA No. _____

**AGREED ORDER**

Based upon the forgoing stipulation between the Defendants, it is hereby ORDERED:

1. The Clerk of the Court is directed to disburse all the funds deposited into the Court Registry by the Plaintiff, $32,958.00 plus any applicable interest, to the parties payable to the Client Trust Account of the Law Offices of Timothy J. Warzecha, PLLC and $6,000.00 of those funds shall be tendered to Defendant Ward according to the forgoing stipulation; and

2. After these funds have been tendered this action shall be dismissed with prejudice and without costs or fees to any party.

STIPULATION AND ORDER - 2
Case No. 2:07-cv-00066-RSM

Dated this 31 day of March, 2008.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

LAW OFFICES OF TIMOTHY J. WARZECHA, PLLC

By _____
    Timothy J. Warzecha, WSBA No. 28890
    Attorneys for Defendant Julie L. Martinez
    warzecha@warzecha-law.com

Agreed to as to Content and Form;
Notice of Presentation Waived:

By _____
    John S. O'Dowd, ASBA No. _____
    Attorney for Defendant Doreatha E. Ward
    JSO-Office@flash.net

STIPULATION AND ORDER - 3
Case No. 2:07-cv-00066-RSM

LAW OFFICES OF
TIMOTHY J. WARZECHA, PLLC
719 SECOND AVENUE, SUITE 104
SEATTLE, WASHINGTON 98104-1748
(206) 264-0282 - FACSIMILE (206) 262-9272